IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

VICKY CAUSEY and ALESHA ARNOLD
Individually and on Behalf of All Others
Similarly Situated                                                                PLAINTIFFS

v.                              No. 4:20-cv-687-DPM

BANK OZK                                                                          DEFENDANT

## ORDER

1. The Court regrets its delay in ruling. Notice, *Doc. 11*, appreciated. *Doc. 8* and all supporting papers are withdrawn.

2. The Court conditionally certifies the following group:

> All salaried Assistant Branch managers employed by Bank OZK since 1 October 2017.

3. The Court approves the agreed Notice and Consent to Join and proposed method of distribution.

4. Bank OZK shall produce the requested contact information, in the agreed format, by 15 October 2020.

5. The opt-in period will close on 10 December 2020.

6. Consent motion, *Doc. 12*, granted.

-2-

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 October 2020