IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

VICKI CAUSEY and ALESHA ARNOLD
Both Individually and on Behalf of All Others
Similarly Situated                                                        PLAINTIFFS

v.                          No. 4:20-cv-687-DPM

BANK OZK                                                                  DEFENDANT

## ORDER

1. The Court appreciates the clarification about the release issues, *Doc. 45*. The joint motion, *Doc. 42*, is granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). The settlement reflects a good-faith resolution of a *bona fide* wages dispute. And the attorney's fee was negotiated separately, after the parties had settled the wage claims. Doc. 42 at ¶ 6 & 43 at 5.

2. For purposes of settlement, the Court certifies without conditions a collective action. The group contains:

> All salaried Assistant Branch managers employed by Bank OZK since 1 October 2017 who have filed consents.

The Court directs administration of the settlement as follows:

- Sanford Law Firm, PLLC, is appointed as Group Counsel;

- All capitalized terms not otherwise defined in this Order shall have the same meaning ascribed to them in the Parties' Settlement and Release Agreement;
- Within ten days of the entry of this Order, Defendant must mail the individual amounts identified in the allocation exhibit, *Doc. 42-3*, minus applicable withholdings, to Group Counsel; and
- Settlement payments shall be made in accordance with the terms of the Agreement.

The Court authorizes the parties' lawyers to use all necessary reasonable procedures in administrating the settlement that are not materially inconsistent with this Order or the Settlement Agreement.

    **3.** The Court will dismiss Plaintiffs' claims with prejudice after notice from counsel about consummation and payments. Notice due by 2 October 2021.

    So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 April 2021