# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

VICKI CAUSEY and ALESHA ARNOLD
Both Individually and on Behalf of All Others
Similarly Situated                                                              PLAINTIFFS

v.                              No. 4:20-cv-687-DPM

BANK OZK                                                                         DEFENDANT

## JUDGMENT

Plaintiffs' complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 October 2021